155 A.3d 1054

**Raoul GIBSON, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE,**
**Department of Corrections, Appellees**

**No. 7 WAP 2015**

Supreme Court of Pennsylvania.

April 19, 2016

## ORDER

**AND NOW,** this, the above captioned appeal is quashed for failure to file Appellant's brief.